**No. 11-6687. Lester Simmons, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1018, 132 S. Ct. 571, 181 L. Ed. 2d 404, 2011 U.S. LEXIS 7930.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 12 So. 3d 753.